# SETTLEMENT NOTICE

CASE NUMBER: 1:08-cv-107

STYLE: Fulton Bellows, LLC v. Federal Insurance Company

TRIAL DATE: 11/3/09

CASE REPORTED SETTLED BY: Steven F. Dobson, attorney for Fulton Bellows, LLC

WAS THE CASE MEDIATED OR ARBITRATED? (YES OR NO) No

WAS THE CASE SETTLED PURSUANT TO MEDIATION OR ARBITRATION?
(YES OR NO) N/A

ARBITRATOR/MEDIATOR(S) NAME: N/A

DATE OF NOTICE: 10/7/09

Steven F. Dobson
Signature of Attorney