UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| **FULTON BELLOWS, LLC,** ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | NO. 1:08-CV-107 |
| v. ) | JUDGE: EDGAR/LEE |
| ) | |
| **FEDERAL INSURANCE COMPANY,** ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW all parties to this action, by and through their attorneys of record, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, and having compromised and satisfied all claims, actions, and causes of action which were brought or could have been brought in the above-styled action, do hereby authorize and direct the Clerk of Court to enter on the records of the Court that the above-styled action is settled, satisfied, and DIMISSED WITH PREJUDICE.

This 13th day of November, 2009.

| | |
|---|---|
| BURNETTE, DOBSON & PINCHAK<br>713 Cherry Street<br>Chattanooga, TN 37402<br>Telephone: 423.266.2121<br>Facsimile: 423.266.3324 | /s/ Steven F. Dobson<br>Steven F. Dobson, #001936<br>E-mail:<br>sdobson@bdhlaw.com<br><br>*Attorney for Plaintiff* |
| CARLTON FIELDS, P.A.<br>1201 West Peachtree Street<br>Suite 3000<br>Atlanta, GA 30342<br>Telephone: 404.815.3400<br>Facsimile: 404.815.3415 | /s/ David M. Leonard<br>David M. Leonard<br>E-mail:<br>dleonard@carltonfields.com<br><br>*Attorney for Defendant* |